# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN R. KIELTY,

    Plaintiff,

vs.

FEDERAL HOME LOAN MORTGAGE CORP. et al.,

    Defendants.

2:15-cv-00230-RCJ-GWF

**ORDER**

Plaintiff John Kielty sued several Defendants in state court, including the Federal Home Loan Mortgage Corp. ("Freddie Mac"), based on the foreclosure of his mortgage. Defendants removed. The Federal Housing Finance Agency ("FHFA"), as conservator of Freddie Mac, has moved to intervene as a defendant. Oppositions were due on May 22, 2015, and no party timely objected or requested an extension of time to object. The Court therefore grants the FHFA's motion for the reasons given therein.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Intervene (ECF No. 16) is GRANTED.

IT IS SO ORDERED.

DATED: June 1, 2015.

_____
ROBERT C. JONES
United States District Judge

1