**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN R. KIELTY, | ) |
| Plaintiff, | ) Case No. 2:15-cv-00230-RCJ-GWF |
| vs. | ) **ORDER** |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on the parties' Joint Motion to Stay Discovery (#25), filed on June 12, 2015.

The parties request that discovery in this matter be stayed pending relevant rulings in ongoing District of Nevada cases. The parties represent that the central legal question in this case is also pending in four current cases: *Saticoy Bay LLC Series 1702 Empire Mine v. Fannie Mae* (2:14-cv-01975-GMN-NJK), *Elmer v. JP Morgan Chase Bank NA* (2:14-cv-01999-GMN-NJK), *Williston Investment Group, LLC v. JP Morgan Chase Bank, NA* (2:14-cv-02038-GMN-PAL), and *Skylights LLC v. Fannie Mae* (2:15-cv-00043-GMN-VCF). The parties represent that these cases have been fully briefed with a hearing on the pending motion for summary judgment scheduled for June 18, 2015. The parties request a stay in order to avoid the expense of potentially unnecessary discovery. Furthermore, this case may eventually be consolidated with other currently pending cases, which could allow the parties to limit discovery in this matter. The parties have sufficiently established good cause for granting the stay of discovery until the summary judgment motions in the related cases have been decided. Accordingly,

. . .

  **IT IS HEREBY ORDERED** that the Joint Motion to Stay Discovery is **granted**. Discovery shall be stayed until an order has been issued on the motions for summary judgment in Case No. 2:14-cv-01975-GMN-NJK, Case No. 2:14-cv-01999-GMN-NJK, Case No. 2:14-cv-02038-GMN-PAL, and in Case No. 2:14-cv-02038-GMN-PAL. The parties shall promptly notify the Court in this case of the decisions on the foregoing motions. If necessary, the parties shall file a proposed discovery plan and scheduling order within 14 days of the decision on the motions for summary judgment.

  **DATED** this 15th day of June, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge