# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN R. KIELTY, | ) |
| Plaintiff, | ) Case No. 2:15-cv-00230-RCJ-GWF |
| vs. | ) **ORDER** |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on the Motion to Stay Discovery (#29) by Defendants/Counterclaimants Federal Home Loan Mortgage Corporation and Nationstar Mortgage, Inc. and Intervenor Federal Housing Finance Agency, as Conservator of Freddie Mac for a further six-week stay of discovery. Upon review and consideration,

**IT IS HEREBY ORDERED** that Motion to Stay Discovery (#29) is granted. Discovery is stayed in this matter until September 14, 2015.

DATED this 10th day of August, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge