UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN R. KIELTY, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:15-cv-00230-RCJ-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| FEDERAL HOME LOAN MORTGAGE ) | |
| CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on Federal Home Loan Mortgage Corporation and Federal Housing Finance Agency's Motion to Stay Discovery (#36) filed October 26, 2015.  There being no opposition filed,

**IT IS HEREBY ORDERED** that Federal Home Loan Mortgage Corporation and Federal Housing Finance Agency's Motion to Stay Discovery (#36) is **granted**.

**IT IS FURTHER ORDERED** that the hearing set for November 30, 2015 at 3:30 p.m. is **vacated**.

DATED this 17th day of November, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge