**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN R. KIELTY, an individual, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL HOME LOAN MORTGAGE CORPORATION, a foreign corporation, *et al.*, <br><br> Defendants. | Case No.:  2:15-CV-00230-RCJ-GWF <br><br> **ORDER SETTING HEARING** |

**ORDER IN CHAMBERS**

Presently before the Court, is Plaintiff John R. Kielty's Motion for Summary Judgment (ECF #38); Federal Home Loan Mortgage Corporation and Intervenor Federal Housing Finance Agency's Counter Motion for Summary Judgment (ECF #46); Federal Home Loan Mortgage Corporation and Intervenor Federal Housing Finance Agency's Motion to Stay Briefing (ECF #48); and Defendants Rancho Lake Condominium Unit-Owners' Association, Inc.'s Counter Motion for Summary Judgment (ECF #53).  Accordingly,

IT IS HEREBY ORDERED that ORAL ARGUMENT  is set for 10:00 A.M.  Friday, February 12, 2016, in LAS VEGAS COURTROOM TBD, before Judge Robert C. Jones.

IT IS SO ORDERED this 6th day of January, 2016.

_____
ROBERT C. JONES
District Judge