| | |
|---|---|
| 1 | Dana Jonathon Nitz, Esq. (SBN 0050) |
| 2 | Regina A. Habermas, Esq. (SBN 8481) |
|   | WRIGHT, FINLAY & ZAK, LLP |
| 3 | 7785 W. Sahara Avenue, Suite 200 |
|   | Las Vegas, Nevada 89117 |
| 4 | Tel: 702-475-7964 Fax: 702-946-1245 |
|   | dnitz@wrightlegal.net; rhabermas@wrightlegal.net |

*Attorneys for Defendant/Counterclaimant Federal Home Loan Mortgage Corporation*

Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228   Fax: 775-788-2229
lhart@fclaw.com; jtennert@fclaw.com

(Admitted *Pro Hac Vice*)
Asim Varma, Esq.
Howard N. Cayne, Esq.
Michael A.F. Johnson, Esq.
ARNOLD & PORTER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel: (202) 942-5000   Fax: (202) 942-5999
Asim.Varma@aporter.com; Howard.Cayne@aporter.com; Michael.Johnson@aporter.com

*Attorneys for Intervenor Federal Housing Finance Agency*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN R. KIELTY, an individual,<br>    Plaintiff,<br>vs.<br>FEDERAL HOME LOAN MORTGAGE CORPORATION, a foreign corporation; NATIONSTAR MORTGAGE, LLC, a foreign limited liability company; FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC, a foreign limited liability company; JOEL B. EDRALIN, an individual; DOES I-X; ROE CORPORATIONS 1-X, inclusive,<br>    Defendants.<br>and<br>FEDERAL HOUSING FINANCE AGENCY, as Conservator of the Federal Home Loan Mortgage Corporation,<br>    Intervener. | CASE NO.: 2:15-cv-00230-RCJ-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF COUNTERMOTION FOR SUMMARY JUDGMENT**<br><br>**FIRST REQUEST** |

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

11192876.1

FEDERAL HOME LOAN MORTGAGE CORPORATION,
          Counterclaimant,
and
FEDERAL HOUSING FINANCE AGENCY, as Conservator of the Federal Home Loan Mortgage Corporation,
          Intervener.
vs.
JOHN R. KIELTY; RANCHO LAKE CONDOMINIUM UNIT-OWNERS' ASSOCIATION, INC.,
          Counter-Defendants.

Defendant/Counterclaimant Federal Home Loan Mortgage Corporation ("Freddie Mac"), Intervenor Federal Housing Finance Agency, as Conservator of Freddie Mac ("FHFA"), Plaintiff/Counter-Defendant John R. Kielty ("Kielty") and Counter-Defendant Rancho Lake Condominium Unit-Owners' Association, Inc. (the "HOA") by and through their undersigned counsel, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED that the deadline for Freddie Mac and FHFA to file their Reply to Kielty's Response to Countermotion for Summary Judgment (Dkt. #46) is extended from January 7, 2016 to January 21, 2016.

IT IS FURTHER AGREED AND STIPULATED that the deadline for Freddie Mac and FHFA to file their Reply to the HOA's Response to Countermotion for Summary Judgment (Dkt. #46) is extended from January 11, 2016 to January 21, 2016.

///
///
///
///
///
///
///
///

11192876.1

This is the parties' first request for an extension of time regarding the replies. This brief additional time is appropriate because counsel for Freddie Mac and FHFA are involved in nearly three dozen related cases pending in this District and are facing dispositive motion deadlines and hearings in related cases over the next two weeks.

DATED this 6th day of January, 2016.

**WRIGHT, FINLAY & ZAK, LLP**

By: /s/ Regina A. Habermas
Dana Jonathon Nitz, Esq. (SBN 00050)
Regina A. Habermas, Esq. (SBN 8481)
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
Tel: 702-475-7964  Fax 702-946-1345
dnitz@wrightlegal.net
rhabermas@wrightlegal.net

*Attorney for Defendant/Counterclaimant Federal Home Loan Mortgage Corp.*

**FENNEMORE CRAIG, P.C.**

By: /s/ Leslie Bryan Hart
Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228   Fax: 775-788-2229
lhart@fclaw.com; jtennert@fclaw.com
and
**ARNOLD & PORTER LLP**
(Admitted *Pro Hac Vice*)
Asim Varma, Esq.
Howard N. Cayne, Esq.
Michael A.F. Johnson, Esq.
*Attorneys for Intervenor Federal Housing Financing Agency*

**LIPSON, NEILSON, COLE, SELTZER, GARIN, P.C.**

By: /s/ Peter E. Dunkley
Peter E. Dunkley, Esq. (SBN 11110)
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
Tel: 702-382-1500 - Fax: 702-382-1512
pdunkley@lipsonneilson.com

*Attorneys for Counter-Defendant Rancho Lake Condominium Unit-Owners' Association, Inc.*

**MAIER GUTIERREZ AYON**

By: /s/ Margaret E. Schmidt
Luis A. Ayon, Esq. (SBN 9752)
Margaret E. Schmidt, Esq. (SBN 12489)
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101
Tel: 702-629-7900 Fax: 702-629-7925
laa@mgalaw.com; mes@mgalaw.com

*Attorneys for Plaintiff/Counter-Defendant John R. Kielty*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  DATED this 25th day of January, 2016.

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

11192876.1

3